# EXHIBIT 1(a)

# USMX-ILA M&R CONTRACT
# MEMORANDUM OF SETTLEMENT

## BETWEEN

## UNITED STATES MARITIME ALLIANCE, LTD.

## AND

## INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO
(For And On Behalf of Itself And Each Of Its
Local Unions Representing Maintenance Workers
Performing Maintenance Work In The Ports of
Wilmington, NC, Charleston, Savannah and Jacksonville

This Agreement is made on the 4th day of August, 2004. The parties to this Memorandum adopt the terms agreed to by the ILA and USMX in their recently completed Master Contract negotiations to the extent such terms are a part of this maintenance and repair contract. All the terms and conditions of the 1996 ILA-USMX Maintenance and Repair Contract including all amendments thereto shall remain in effect during the entire term of this Agreement except as modified by the provisions of this Agreement.

The parties to this Memorandum also agree that within ninety (90) days after this Memorandum is fully executed, the parties shall prepare a complete agreement which includes each and every agreed upon contractual term.

ARTICLE I   **UNION RECOGNITION AND CHECK-OFF**
It is agreed that the forwarding of Union dues check-off will be handled on a local basis with the provision that all ILA locals in that port handle it in the same fashion.

ARTICLE II   **HIRING PROCEDURES — Certification for Uncertified Mechanics**
When a bona fide mechanic (one who has been trained and certified in the local training program) is referred to the employer based on his Port Wide seniority there will be no probationary period. If a mechanic is not certified when he is referred to the employer the 90-day probationary period will apply. If a mechanic is referred back to the Hall/Union bench during his probationary period he cannot be referred to any other employer until after he is certified in the local training and certification program.

It is further agreed that USMX and the Union will form a joint Performance Standards Committee to establish maintenance performance standards for all ports covered by this Agreement within the next 30-days.

77140

1

All ports will have 30-days to reach a local agreement or the matter will be referred to the Small Committee for resolution.

| | |
|---|---|
| ARTICLE II | **HIRING PROCEDURES — Training/Certification** |

Both the Union and Management commit to expanding training in all ports covered by this Agreement. The Jacksonville Training/Certification Program for dry container and chassis repair and the Savannah Reefer Training/Certification Program will be used as a guide. All ports will have 30-days to reach a local agreement or the matter will be referred to the Small Committee for resolution.

| | |
|---|---|
| ARTICLE II | **HIRING PROCEDURES — Temporary Replacement Foreman** |

It is agreed that a temporary replacement foreman will be appointed as outlined in the Memo of Understanding of 2003, dated March 3, 2003.

| | |
|---|---|
| ARTICLE III | **SENIORITY — Port Wide Seniority** |

It is agreed that when a mechanic loses his job through no fault of his own, he will bump the least senior mechanic in the port and his port wide seniority will be integrated into the existing seniority list at the company. It is further agreed that if a mechanic is on the bench through no fault of his own and applies for an open mechanics position and the employer accepts the mechanic as qualified, his port wide seniority will be integrated into the existing seniority list at the company. In either of these cases it is agreed that this mechanic cannot replace a current foreman.

If a mechanic is on the bench because he was terminated for disciplinary actions or he quit an employer and applies for an open mechanics position and the employer accepts the mechanic as qualified, his port wide seniority will be integrated into the existing seniority list after he has been employed for six (6) months.

Each employer will maintain two (2) seniority lists – a) Company Seniority, b) Port Wide Seniority. The company seniority list will be used for rotation of overtime and the port wide seniority list will be used for promotion and lay-offs.

| | |
|---|---|
| ARTICLE IV | **CONDUCT OF EMPLOYEES — Attendance Program** |

It is agreed that each port will work out an attendance program locally within a 30-day period. If they are unable to agree the matter will be referred to the Small Committee for resolution.

ARTICLE IV    **CONDUCT OF EMPLOYEES — Drivers License**
Management and the Union agree that when a mechanic is declared uninsurable or loses their drivers license for a DUI or other moving violations, they (Management and Union) will do everything possible to find a position for the mechanic where a valid drivers license is not a requirement. It is further agreed that if a position where a valid drivers license is not a requirement is found, the incumbent mechanic in such position who has a valid drivers license must agree to be replaced prior to placing the mechanic without a valid drivers license in that position.

ARTICLE IV    **CONDUCT OF EMPLOYEES — Cell Phones**
It is agreed that each port will work out a cell phone policy locally within a 30-day period. If they are unable to agree the matter will be referred to the Small Committee for resolution.

ARTICLE IV    **CONDUCT OF EMPLOYEES — Dress Code**
It is agreed that each port will work out a dress code policy locally within a 30-day period. If they are unable to agree the matter will be referred to the Small Committee for resolution.

ARTICLE V    **RATES OF PAY — New Rates**
Mechanics whose straight-time basic wage rate in effect on September 30, 2004 is more than $21 per hour shall receive the following increases in their straight-time basic wage rate:

| EFFECTIVE DATE | | INCREASE |
|---|---|---|
| October 1, 2004 | — | $1.00 per hour |
| October 1, 2006 | — | $1.00 per hour |
| October 1, 2008 | — | $1.00 per hour |
| October 1, 2009 | — | $1.00 per hour. |

Mechanics whose straight-time basic wage rate in effect on September 30, 2004 is $21.00 per hour or less shall receive the following increases in their straight-time basic wage rate:

| EFFECTIVE DATE | | INCREASE |
|---|---|---|
| October 1, 2004 | — | $2.00 per hour |
| October 1, 2006 | — | $2.00 per hour |
| October 1, 2008 | — | $1.50 per hour |
| October 1, 2009 | — | $1.50 per hour. |

The starting straight-time basic wage rate for new mechanics who enter the industry on or after October 1, 2004 shall be $16.00 per hour.

**ARTICLE V**  **RATES OF PAY — Rates for Foremen**

It is agreed that foremen will receive $1.00 plus their basic hourly rate of pay. The following individuals

| Company | Name |
|---|---|
| Savannah: | |
| Atlantic Container | Robert M. Bowers, Jr. |
| Atlantic Container | Charles Duncan |
| Coastal Great Southern | Cherico Whitefield |
| Coastal Great Southern | Bradley Resente |
| Coastal Great Southern | Barry Scott Gordy |
| Coastal Great Southern | James A. Roberts, Sr. |
| Container Maintenance | Elijah Wafford |
| Container Maintenance | Donnie Godwin |
| Container Maintenance | Brian Roddenberry |
| Container Maintenance | Brian Thompson |
| Container Maintenance | Alton H. Godwin, Jr. |
| Container Maintenance | James Buddy Wheeler |
| Container Maintenance | Jason McClure |
| Container Maintenance | Laborskie Frazier |
| | |
| Charleston: | |
| Atlantic Container | Leonard Bailey |
| Coastal Great Southern | Isaiah Pinkney, Jr. |
| Coastal Great Southern | Clarence Boatwright |
| Container Maintenance | Ernest Edwards |
| Container Maintenance | Donald S. Gantt |
| Container Maintenance | Henry M. Gibbs |
| Container Maintenance | Michael N. Parker |
| Container Maintenance | Charles M. Cooper |
| Refrigerated Container | Corey Ravenel |

will be grandfathered at their current rate of pay only while they are in their current foreman's position. It is further agreed that if one of the above listed individuals loses his position as foreman, he will revert back to his basic hourly rate of pay and if he is thereafter promoted to a foreman's position in the future, he will receive $1.00 plus his basic hourly rate of pay.

It is further agreed that when any operation involves three (3) or more mechanics, one mechanic will be designated as a working foreman and will receive the differential of $1.00 over his basic hourly rate of pay.

| ARTICLE VI | **PAID HOLIDAYS** |
|---|---|

ARTICLE VI     **PAID HOLIDAYS**

It is agreed that the same holidays will be observed in all South Atlantic ports covered by this Agreement. The observed holidays will be identical to the South Atlantic Deepsea list. February 12th, March 17th, the 2nd Monday in October and National Election Day are regular workdays. It is agreed that mechanics may request to not work on the previous mentioned four holidays but must receive approval from the employer prior to taking the day off. It is further agreed that holidays falling on a Saturday will be observed on Saturday. Whenever a holiday falls on a Sunday, the following day (Monday) will be observed as the holiday.

ARTICLE VIII     **HOURS OF WORK**

It is agreed that in lieu of dead/guarantee time during all call out periods, all mechanics will perform work within their crafts as directed by Management.

ARTICLE IX     **TOOL ALLOWANCES**

It is agreed that the Maintenance Employers will issue existing mechanics presently on a company payroll, who require tools in the performance of their job, the following tools from the employers current stock of tools: one (1) three-eights inch pneumatic air drill, one (1) one-half inch pneumatic impact wrench with sockets up to 1 ½ inch and one (1) three-quarter inch pneumatic impact wrench with sockets up to 1 ½ inch. It is understood that once the tools are issued, the repair, maintenance and replacement of the aforementioned tools will be the sole responsibility of the employee.

The tool allowance October 1, 2004, an additional $0.25 per hour.
                      October 1, 2005, an additional $0.10 per hour.
                      October 1, 2006, an additional $0.10 per hour.
                      October 1, 2007, an additional $0.10 per hour.
                      October 1, 2008, an additional $0.10 per hour.
                      October 1, 2009, an additional $0.10 per hour.

It is further agreed that at established roadability lanes Management will supply the ¾ inch pneumatic wrenches for use in the roadability lanes.

| ARTICLE X | **LOCAL FRINGE BENEFIT CONTRIBUTIONS** |
|---|---|

Contributions for local pension and welfare benefits shall be increased as follows:

| EFFECTIVE DATE | | INCREASE |
|---|---|---|
| October 1, 2004 | — | $1.00 per hour |
| October 1, 2006 | — | $0.50 per hour |
| October 1, 2008 | — | $0.50 per hour |

ARTICLE XIII    **GRIEVANCE PROCEDURES — Third Step**

It is agreed that a third step grievance (LIGC) attended by a representative of the District Council and USMX will be held within two weeks of the initial grievance. These two representatives may resolve the grievance themselves. If there is a failure to reach an agreement at the third step (LIGC), the matter will be referred to the full Small Committee. Small Committee meetings will be scheduled on a quarterly basis.

ARTICLE XIII    **GRIEVANCE PROCEDURES — Continuance of Work**

Whenever a mechanic is suspended or terminated, he may continue to work at the discretion of Management while the appeal process is being completed. Management accepts the fact that if the mechanic is suspended or terminated immediately, the company shall be liable for back pay if the company loses the grievance. It is further understood that the new grievance procedure will expedite the process.

ARTICLE XIX    **MISCELLANEOUS PROVISIONS — Bereavement Leave**

Bereavement leave of up to five (5) days without pay will be granted for deaths within the mechanic's immediate family (spouse, children, brothers & sisters, grandparents, parents).

ARTICLE XIX    **MISCELLANEOUS PROVISIONS — Meetings With Local Port Authorities**

USMX agrees to join representatives of the District Council and the local Union in each port covered by this Agreement in an attempt to meet with the local port authorities and convince them to change their flow of work.

ARTICLE XIX    **MISCELLANEOUS PROVISIONS — Bonding**

Each employer will cover all employee's wages and benefits with a $50,000 surety bond.

| ARTICLE XIX | **MISCELLANEOUS PROVISIONS —Vessel Reefer Manning** |

It is agreed that during the loading and discharge of reefers, the following levels of manning will apply:

| Reefers | Mechanics |
|---------|-----------|
| 1 - 35  | 2 |
| 36 - 60 | 3 |
| 61-100  | 4 |
| Over 100 | 5 |

Management will have the right to reduce the manning level once during the operation but to no less than 2 mechanics during the ship operation.

| ARTICLE XIX | **MISCELLANEOUS PROVISIONS — Roadability** |

It is recognized by the employers that during any outbound gate operation at the Georgia Ports Authority marine terminal of over 5 containers, one (1) roadability or mobile mechanic will be hired. Additional manning will be hired at Management's discretion. It is further agreed that less than 5 containers can be released without a mechanic's presence provided that the containers have been pre-inspected.

| ARTICLE XX | **DURATION OF AGREEMENT** |

The term shall be for six years, from October 1, 2004 through and including September 30, 2010.

| ARTICLE XXI | **ILA JURISDICTION — Minor Repairs** |

It is agreed that when a carrier decides to have minor repairs performed on its behalf on the marine terminal or in the port area, such work will be the work of the ILA.

| ARTICLE XXI | **ILA JURISDICTION — Inspection of Containers** |

It is agreed that the inspection of containers will be performed at the marine terminal gates.

It is agreed that the issue of inspections performed by surveyors will be handled on a local basis. If the issue is not resolved within 30-days it will be referred to the Small Committee for resolution.

ARTICLE XXI     **ILA JURISDICTION — Outbound Stacked Chassis**

It is recognized the stacking or unstacking of chassis is performed differently at each port covered by this Agreement and by different crafts. It is agreed, however, when a stack of chassis is being presented at the outbound gate without dunnage, or not properly stacked for road transport, such chassis shall not to be permitted out of the facility without advance notice to the Union.

**FULL AND COMPLETE AGREEMENT**

This Agreement satisfies all issues between the parties and shall go into full force and effect upon ratification of the Parties.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement on the day and year first above written.

SOUTH ATLANTIC AND GULF COAST DISTRICT, ILA, AFL-CIO

BY _[signature]_
    Clyde Fitzgerald, President
DATE 2-7-06


SOUTH ATLANTIC & GULF COAST DISTRICT, ILA, AFL-CIO

BY _[signature]_
    Charles Spencer, Executive Vice President
DATE 02/07/06


SOUTH ATLANTIC & GULF COAST DISTRICT, ILA, AFL-CIO

BY _[signature]_
    ~~Joe Kelly~~, Secretary-Treasurer
DATE     Michael Dickens

SOUTH ATLANTIC & GULF COAST DISTRICT, ILA, AFL-CIO

BY _Wilbert Rowell_
        Wilbert Rowell, Assistant Secretary-Treasurer
DATE _11-30-04_


INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,
AFL-CIO, LOCAL NO. 1422-A, Charleston, South Carolina

BY _Curtis Vanderhorst_
    ~~Benjamin A. Parker, Sr.~~, President
DATE    Curtis Vanderhorst


INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,
AFL-CIO, LOCAL NO. 2046, Savannah, Georgia

BY _Kerry D. Scott_
    Kerry D. Scott, President
DATE _2/15/06_


INTERNATIONAL LONGSHOREMEN'S ASSOCIATON,
AFL-CIO, LOCAL NO. 1408, Jacksonville, Florida

BY _Vincent Cameron_
    Vincent Cameron, President
DATE _11-30-2004_


INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,
AFL-CIO, LOCAL NO. 1426, Wilmington, North Carolina

BY _John N. Bellamy_
    John N. Bellamy, Jr., President
DATE _2-12-06_

77140

9

UNITED STATES MARITIME ALLIANCE, LTD.

BY _____
    Brian E. Dugan, Vice President-Labor Relations
DATE 2/7/06


APM TERMINALS, INC.

BY _____
    Anthony Petrizzo, Vice President
DATE 2/7/06


UNITED STATES MARITIME ALLIANCE, LTD.

BY _____
    Roberta Beasley, Contract Adm., S. A. District
DATE 2/7/06



VENDORS

ATLANTIC CONTAINER SERVICES, INC.

BY _____
    Steve Miller, President
DATE 11-30-04


COASTAL GREAT SOUTHERN

BY _____    JOEL N. LANGDON
    Jeff Loucks, President
DATE 11-30-04

CONTAINER MAINTENANCE CORPORATION

BY _(signature)_
    Vincent J. Marino, President

DATE 11-30-04


CONTAINER MAINTENANCE CORPORTATION

BY _(signature)_
    Josh Cooley, Vice President

DATE 11-30-04


CONTAINER MAINTENANCE CORPORATION

BY _(signature)_
    Ray Nelson, General Manager

DATE 11-30-04


NATIONAL CONTAINER REPAIR

BY _(signature)_
    Bruce Simons, General Manager

DATE 11/30/2004