# EXHIBIT 1 (b)

April 15, 2002 - 4:40 p.m.

# AMENDMENT TO THE
# USMX - ILA
# MAINTENANCE AND REPAIR CONTRACT

It is hereby agreed that any non-Master Contract grievance (including, but not limited to, grievances involving seniority, terminations, discipline, and the application of a port's drug and alcohol program) arising under the agreement between the United States Maritime Alliance, Ltd. and the South Atlantic and Gulf Coast District, ILA, AFL-CIO ("ILA") entitled **AGREEMENT BETWEEN CARRIERS CONTAINER COUNCIL AND THE INTERNATIONAL LONGSHOREMEN'S ASSOCIATION MAINTENANCE AND REPAIR** (hereinafter "Agreement"), which Agreement became effective as of October 1, 1996, will be resolved pursuant to the following procedure:

Step 1: The grievance will be heard by the Local Industry Grievance Committee ("LIGC") and decided within ten (10) days after a charge has been filed of an alleged violation pursuant to ARTICLE XIII(A) of the Agreement.

Step 2: If the LIGC cannot resolve the grievance, the grievance shall be submitted to a [PERMANENT] panel within thirty (30) days, comprised of six (6) members, with three (3) persons to be selected by the ILA and three (3) persons to be selected by the United States Maritime Alliance, Ltd. The panel must rule on the grievance within thirty (30) days after the grievance has been submitted

61746

to the panel. If the panel makes a decision, such decision shall be final and binding on all parties and the grievant shall have no further rights.

Step 3: If the panel described in Step 2 does not rule on the grievance, the grievance will be submitted to arbitration within thirty (30) days after the panel deadlocks or fails to issue a ruling within the thirty (30) day limit set forth in Step 2 above.

It is further agreed by the undersigned that any grievance brought by any employee or employer covered by the Agreement on a Master Contract issue (excluding any grievance involving, but not limited to, seniority, terminations, discipline, and the application of a port's drug and alcohol program) will be heard by the Industry Appellate Committee.

**Dated:** April _16_, 2002

INTERNATIONAL LONGSHOREMEN'S          UNITED STATES MARITIME
ASSOCIATION, AFL-CIO                  ALLIANCE, LTD.

By _____[signature]_____              By _____[signature]_____
    John Bowers, President                James A. Capo, Chairman/CEO

           SOUTH ATLANTIC AND GULF COAST
                DISTRICT, ILA, AFL-CIO
           By _____[signature]_____
                Benny Holland, Jr., President

61746